## 72854. DEPARTMENT OF TRANSPORTATION v. LAND et al.
### (366 SE2d 242)

BEASLEY, Judge.

The judgment of this court in this case at 181 Ga. App. 94 (351 SE2d 470) (1986) has been affirmed in part and reversed in part by the Supreme Court after grant of certiorari. Therefore, insofar as it is inconsistent with the judgment of the Supreme Court in *Dept. of Transp. v. Land*, 257 Ga. 657 (362 SE2d 372) (1987), we vacate our earlier judgment and adopt the judgment of the Supreme Court.

*Judgment affirmed in part and reversed in part. Deen, P. J., and Benham, J., concur.*

DECIDED JANUARY 26, 1988.

*Michael J. Bowers, Attorney General, Marion O. Gordon, First Assistant Attorney General, Roland F. Matson, Senior Assistant Attorney General, Gary H. Brakefield, Assistant Attorney General*, for appellant.

*Warren N. Coppedge, Jr., F. Gregory Melton, J. Tracy Ward*, for appellees.